\#     UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD N. BONDS,

    Plaintiff,     Case No. 23-cv-12045

v.     HON. MARK A. GOLDSMITH

MARIANNA F. HEETER et al,

    Defendants.
_____/

### ORDER DENYING MOTION TO CERTIFY CLASS AS MOOT (Dkt. 47)

On April 18, 2025, Bonds filed an amended motion to certify a class (Dkt. 59). The amended motion renders his original motion to certify a class (Dkt. 47) moot.

Accordingly, the motion to certify (Dkt. 47) is denied as moot.

SO ORDERED.

Dated: April 22, 2025     s/Mark A. Goldsmith
    Detroit, Michigan     HON. MARK A. GOLDSMITH
        United States District Judge